Joseph Martello and Anthony Martello, Respondents, v. Equitable

* Motion to dismiss appeal denied, 254 N. Y. ——.

CASUALTY AND SURETY COMPANY, Appellant.—Application denied, with ten dollars costs.